# EXHIBIT B

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| ALLAN MICHELL )<br>)<br>)<br>)<br>)<br>)<br>)<br>Plaintiff(s) )<br>VS. )<br>)<br>I.C. SYSTEM, INC. )<br>SERVE: SUE JOHNSON or any Agent )<br>at: 444 Highway 96 East, St. Paul, MN, 55127 )<br>)<br>)<br>)<br>)<br>Defendant(s) ) | Gen No: _____ **13 MR 1 41 1** |

## SUMMONS

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

To the officer

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

SEAL
OF
COURT

WITNESS **JUL 19 2013**

_Keith Brin_ (signature)

KEITH BRIN, Clerk of Court

Prepared by:
Attorney's Name: LARRY J. MEYER
Address: 205 W. RANDOLPH STREET - SUITE 820
City: CHICAGO      State: ILLINOIS
Phone: (312)346-0875      Zip Code: 60606
Fax: (312)346-1110
ARDC: 03122052

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or plaintiff's attorney's facsimile machine is additionally required.)

Date of Service _____, 20____ (to be inserted by officer on copy left with defendant or other person).

171-138 Rev 6/13

STATE OF MINNESOTA                     AFFIDAVIT OF SERVICE

COUNTY OF RAMSEY

I, **NHIA NANG LEE** deposes and says: I am duly appointed, qualified and acting

Deputy Sheriff of said County of Ramsey, State of Minnesota, that the hereto

attached: **SUMMONS & COMPLAINT**

came into my hands for service on the 30TH day of **JULY, 2013** and at the City of **VADNAIS HEIGHTS**, County and State aforesaid, on the 9TH day of **AUGUST, 2013** I duly served the **SUMMONS & COMPLAINT**

here to attached upon the within **I.C. SYSTEM, INC., 444 E HWY 96, VADNAIS HEIGHTS, MN 55127 @ 1429**

personally by then and there handing to and leaving with **CAROL LABS, LEGAL AFFAIRS ADMINISTRATION SUPERVISOR/COMPLIANCE PARAPROFESSIONAL FOR I.C. SYSTEM, INC** a true and correct copy thereof.

_____ 483

Subscribed and sworn to before me, this 12TH day of **AUGUST, 2013**

_____
Notary Public, Ramsey County, Minnesota

MELISSA ANN FROKJER
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

    Service Fees   $
    Travel            $

    Total             $