IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Allan Michell,<br><br>      Plaintiff,<br><br>v.<br><br>I.C. System, Inc.,<br><br>      Defendant. | Case No. 13-cv-06308<br><br>Honorable James F. Holderman |

### STIPULATION TO DISMISS

The parties hereby stipulate to the dismissal of Plaintiff Allan Michell's claims against Defendant I.C. System, Inc., with prejudice and without costs. Each party agrees to bear its own attorneys' fees and costs.

Dated: December 18, 2013

By: *s/Alexandra Kotelon*  
Alexandra Kotelon  
One of the Attorneys for  
Defendant, I.C. System, Inc.  
Hinshaw & Culbertson LLP  
222 N. LaSalle St., Ste. 300  
Chicago, IL 60601

By: *s/Larry J. Meyer*  
Larry J. Meyer  
Attorney for Allan Michell  
Law Offices of Larry J. Meyer  
205 W. Randolph, Suite 820  
Chicago, IL 60606

### CERTIFICATE OF SERVICE

I hereby certify that on **December18, 2013,** I electronically filed the above and foregoing **Stipulation to Dismiss** with the Clerk of the U.S. District Court using the CM/ECF system reflecting service on all parties of record and mailed a copy of the same to the below via U.S. Mail:

      Larry J. Meyer  
      Attorney for Allan Michell  
      Offices of Larry J. Meyer  
      205 W. Randolph, Suite 820  
      Chicago, IL 60606

2

                    Respectfully submitted,

                    By:*s/Alexandra Kotelon*
                    Alexandra Kotelon

David M. Schultz
Alexandra Kotelon
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000
dschultz@hinshawlaw.com
akotelon@hinshawlaw.com

2